MICHAEL H. PAYNE, Cohen Seglias Pallas Greenhall & Furman PC, Philadelphia, PA, argued for plaintiff-appellant. Also represented by MARIA L. PANICHELLI.

JEFFREY D. KLINGMAN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR.

## JUDGMENT

Per Curiam (Taranto, Clevenger, and Chen, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## IN RE: Atle HEDLOY, Appellant

2016–1093

United States Court of Appeals, Federal Circuit.

June 15, 2016

BRUCE D. SUNSTEIN, Sunstein Kann Murphy & Timbers LLP, Boston, MA, argued for appellant.

MONICA BARNES LATEEF, Office of the Solicitor, United States Patent and Trade-mark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by THOMAS W. KRAUSE, MEREDITH HOPE SCHOENFELD, SCOTT C. WEIDENFELLER.

## JUDGMENT

Per Curiam (Prost, Chief Judge, Bryson and Stoll, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**